FRED WARNER, Appellant, *v.* STATE OF NEW YORK, Respondent.
(Claim No. 27846.)

Submitted March 1, 1948; decided March 11, 1948.

Motion by appellant for reargument granted and case set down for Thursday, March 18, 1948.